# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY FURFARI,<br><br>    Plaintiff,<br><br>    v.<br><br>PENSION BENEFIT GUARANTY CORPORATION,<br><br>    Defendant. | Civil Action No. 20-2424 (CKK) |

## ORDER
(July 14, 2021)

For the reasons set forth in the accompanying Memorandum Opinion, the Court **GRANTS IN PART** Mr. Furfari's [20] Motion for Summary Judgment. Specifically, the Court **VACATES** the April 18, 2018 PBGC Appeals Board decision and **REMANDS** this case back to the PBGC for proceedings consistent with this Court's Memorandum Opinion. Accordingly, the Court **DENIES WITHOUT PREJUDICE** the PBGC's [21] Cross-Motion for Summary Judgment.

**SO ORDERED**.

**Date**: July 14, 2021

                                                       /s/
                                         COLLEEN KOLLAR-KOTELLY
                                         United States District Judge