IN THE DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

ANTHONY FURFARI,
   Plaintiff

v.

PENSION BENEFIT
GUARANTY CORPORATION,
   Defendant

Civil Action No. 1:20-cv-02424-CKK

ELECTRONICALLY FILED

## ORDER

AND NOW this **3rd** day of **November 2021** upon consideration of the Motion to Withdraw the Bill of Costs filed by the Plaintiff, it is hereby ordered that the Bill of Costs be marked withdrawn.

_____
United States District Court Judge